UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARLON DIAZ-CORANO,<br><br>  Defendant. | Case No. 25-cr-20478<br><br>Honorable Robert J. White |

**EX PARTE ORDER APPOINTING ACCESS LANGUAGES, INC., FOR INTERPRETER SERVICES TO BE PAID AT THE COURT'S EXPENSE**

THE COURT, having been presented with defense counsel's Ex Parte Motion to Approve Payment and appoint Access Languages, Inc., for interpreter services, and the Court having been duly advised in the premises;

IT IS HEREBY ORDERED that Access Languages, Inc., shall be appointed on behalf of the defense for interpreter services.

IT IS FURTHER ORDERED that the hourly rate of $95.00 per hour for any out-of-court interpreter services shall be paid by the Court.

SO ORDERED.

Dated: July 8, 2025

s/Robert J. White
Robert J. White
United States District Judge